UST-31, 3-03

Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| SCHIFELING, JOHN A. | ) | CASE NO. 09-04632-PHX-SSC |
| SCHIFELING, JOAN R. | ) |  |
|  | ) |  |
|  | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
|  | ) | THAN $5.00 TO THE CLERK OF |
|  | ) | THE U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 9 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | $ 1.71 |
| 10 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | $4.53 |
| 13 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK<br>DBA CHEVRON TEXACO PLCC<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 | $1.24 |

Date: February 25, 2011         /s/ Lothar Goernitz
                                Lothar Goernitz, Trustee